UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kevin D. Larrabee

    v.                              No. 06-fp-294

Judson P. Stockton


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $26.00 is due no later than October 20, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the U.S. Penitentiary Allanwood when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned civil number 06-cv-294-SM.

**SO ORDERED.**

                                                James R. Muirhead
                                              United States Magistrate Judge

Date: September 5, 2006

cc:    Kevin D. Larrabee, *pro se*
        Bonnie S. Reed, Financial Administrator
        U.S. Penitentiary Allanwood, Inmate Accounts