UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin D. Larrabee

       v.                               Case No.  06-cv-294-SM

Judson P. Stockton

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 6, 2006, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed for lack of subject matter jurisdiction.

SO ORDERED.

January  3 , 2007

*[signature]*
Steven J. McAuliffe
Chief Judge

cc:   Kevin D. Larrabee,  pro se